IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TOMAS AREVALO RENTERIA,

    Petitioner,

v.

E. EMMERICH
WARDEN FCI OXFORD,

    Respondent.

ORDER

Case No. 25-cv-204-wmc

    Petitioner Tomas Arevalo Renteria seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than April 15, 2025. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately September 17, 2024 through the date of the petition, March 17, 2025.

ORDER

IT IS ORDERED that:

    1.    Petitioner Tomas Arevalo Renteria may have until April 15, 2025, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before April 15, 2025, I will assume that petitioner wishes to withdraw this petition.

Entered this 18th day of March, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge